

# In the Missouri Court of Appeals
# Eastern District

NOVEMBER 10, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.     ED101913     STATE OF MISSOURI, RES V KEVIN LEE JONES, APP

2.     ED102484 CHRISTOPHER FORBECK, APP V STATE OF MISSOURI, RES

3.     ED102506 STATE OF MISSOURI, RES V JEREMY GRANT, APP

4.     ED102530 IN THE MATTER OF CARE & TREATMENT:  LARRY JOHNSON

5.     ED102590 RICHARD HERTZING, RES V BECK MOTORS , APP

6.     ED102735 GARY BOWEN ET AL, APP V TISHAURA O. JONES, RES